# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    Nos. 208-209 WAL 2016

       Respondent    :

       :    Petition for Allowance of Appeal from

       :    the Order of the Superior Court

       v.    :

SCOTT ALLEN CHAMBERLAIN,    :

       Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.